| | |
|---|---|
| **From:** | MDL2913_Service_TobaccoTechnology |
| **To:** | Alexandra Calton |
| **Subject:** | RE: 3:22-cv-08213 Tobacco Technology, Inc. |
| **Date:** | Tuesday, December 13, 2022 1:27:38 PM |
| **Attachments:** | image001.png |
| **Importance:** | Low |

Your email to MDL2913_Service_TobaccoTechnology@tydings.com has been received.  To the extent that the filing party has complied with the requirements set forth in Case Management Order Number 3 -- Direct Filing Order (Dkt. 309, Dec. 13, 2019;as amended on _____)in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on the resident agent of Tobacco Technology, Inc. in Baltimore, Maryland.

This acceptance of electronic service shall not constitute a waiver of any defense by Tobacco Technology, Inc.

---

**From:** Alexandra Calton <acalton@degarislaw.com>
**Sent:** Tuesday, December 13, 2022 7:26:29 PM
**To:** MDL2913_Service_TobaccoTechnology <MDL2913_Service_TobaccoTechnology@tydings.com>
**Subject:** 3:22-cv-08213 Tobacco Technology, Inc.

Pursuant to Second Amended Case Management Order 3, attached please find Plaintiff's Short Form Complaint, Summons, and Civil Cover Sheet. Please also find attached a copy of Second Amended Case Management Order 3, Case Management Order 7, and Case Management Order 7(B).



**Alexandra J. Calton**
Attorney

**Phone:** 205-575-8000
**Fax:** 205-278-1454

2 North 20th Street
Suite 1030
Birmingham, AL 35203

acalton@degarislaw.com
www.degarislaw.com

The contents of this e-mail message and any attachments are confidential. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and immediately delete this message and its attachments, if any.



MDL2913_Service_TobaccoTechnology

mdl2913_service_tobaccotechnology@tydings.com
Office:

One East Pratt Street
Suite 901
Baltimore, MD 21202
Main: 410.752.9700
Fax: 410.727.5460



This message contains information that may be privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please notify the sender by replying to this message, and then delete it from your system. Thank you very much.

**From:**     JUULMDL Service
**To:**       Alexandra Calton
**Subject:**  Automated response to electronic service in JUUL MDL
**Date:**     Tuesday, December 13, 2022 1:28:59 PM

We received the email below purporting to effect service of a complaint the JUUL MDL on one or more of the following defendants: Nicholas Pritzker, Riaz Valani and/or Hoyoung Huh.   This email response is generated pursuant to CMO 3 as amended on June 4, 2020, acknowledging receipt of your email.

If, upon further review, we determine that your email service was defective, we will notify you by email.

Acknowledgement of receipt of service does not waive any defenses or constitute a consent to personal jurisdiction.

This firm is accepting service of complaints in the MDL but has not appeared as counsel of record for any party. Counsel of record for defendants Pritzker, Valani and Huh is Kellogg Hansen Todd Figel & Frederick, attn. Michael Guzman, mguzman@kellogghansen.com.

This is an automated response.  Please do not reply to this email.   Please respond to Allen Rose, below, should you need further assistance.



**Allen Rose**
Paralegal
arose@nixonpeabody.com
T 415-984-5014 | F 415-984-8300
Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | San Francisco, CA 94111
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**
This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**************************************************************************************************

| | |
|---|---|
| **From:** | MDL2913_Service_PMUSA |
| **To:** | Alexandra Calton |
| **Subject:** | Message received |
| **Date:** | Tuesday, December 13, 2022 1:27:30 PM |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_PMUSA@arnoldporter.com has been received.  To the extent that the filing party has complied with the requirements set forth in Amended Case Management Order Number 3 -- Direct Filing Order (Dkt. 651, June 8, 2020) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on Philip Morris USA Inc.

This acceptance of electronic service shall not constitute a waiver of any defense by Philip Morris USA Inc.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

| From: | MDL2913_Service_MotherMurphysLaboratoriesInc@tysonmendes.com |
|---|---|
| To: | Alexandra Calton |
| Subject: | RE: 3:22-cv-08213 Mother Murphy"s Laboratories, Inc. |
| Date: | Tuesday, December 13, 2022 6:10:44 PM |
| Attachments: | image001.png |

**\*\*\*THIS IS AN AUTOMATED RESPONSE — DO NOT RESPOND TO THIS EMAIL ADDRESS\*\*\***

Please allow this message to acknowledge receipt of an email attempting service of process on Mother Murphy's Laboratories, Inc., in *In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the Northern District of California Case No. 3:19-md-02913-WHO, pursuant to Case Management Order No. 3 (Dkt. 309) entered therein. Should the received email have had a Complaint, Summons, and Civil Cover Sheet attached thereto, this message shall constitute proof of service of process on Mother Murphy's Laboratories, Inc. in accordance with Case Management Order No. 3 (Dkt. 309). Per the terms of Case Management Order No. 3 (Dkt. 309), this acceptance of service of process does not constitute a waiver of any defense in this matter, and all rights with respect thereto are expressly reserved.

Future communications relative to this defendant may be directed to:
Mitchell B. Malachowski, mmalachowski@tysonmendes.com
TYSON & MENDES, LLP
523 4th Street, Suite 100
San Rafael, CA 94901
Phone: (628) 253-5070
Fax: (415) 785-3165

**From:** Alexandra Calton <acalton@degarislaw.com>
**Sent:** Tuesday, December 13, 2022 11:26 AM
**To:** MDL2913_Service_MotherMurphysLaboratoriesInc@tysonmendes.com <MMurphys@TysonMendes.com>
**Subject:** 3:22-cv-08213 Mother Murphy's Laboratories, Inc.

Pursuant to Second Amended Case Management Order 3, attached please find Plaintiff's Short Form Complaint, Summons, and Civil Cover Sheet. Please also find attached a copy of Second Amended Case Management Order 3, Case Management Order 7, and Case Management Order 7(B).



**Alexandra J. Calton**
Attorney

**Phone:** 205-575-8000
**Fax:** 205-278-1454

2 North 20th Street
Suite 1030
Birmingham, AL 35203

acalton@degarislaw.com
www.degarislaw.com

The contents of this e-mail message and any attachments are confidential. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and immediately delete this message and its attachments, if any.

**From:**        MDL2913_Service_McLane@wtotrial.com
**To:**          Alexandra Calton
**Subject:**     Confirmation of Service on McLane Company
**Date:**        Tuesday, December 13, 2022 8:30:41 PM

Email receipt confirmed for: 3:22-cv-08213 McLane Company, Inc.
   Received at: 12/13/2022 12:27:03 PM Mountain Standard Time

| | |
|---|---|
| **From:** | MDL2913_Service_JUUL@kirkland.com |
| **To:** | Alexandra Calton |
| **Subject:** | YOUR EMAIL TO MDL2913_Service_JUUL@kirkland.com HAS BEEN RECEIVED |
| **Date:** | Tuesday, December 13, 2022 1:26:08 PM |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

YOUR EMAIL TO MDL2913_Service_JUUL@kirkland.com HAS BEEN RECEIVED. TO THE EXTENT THAT THE FILING PARTY HAS COMPLIED WITH THE REQUIREMENTS SET FORTH IN CASE MANAGEMENT ORDER NUMBER 3 – DIRECT FILING ORDER IN 19-MD-02913, IN RE JUUL LABS, INC., THIS REPLY CONSTITUTES PROOF OF SERVICE ON JUUL LABS, INC.

THIS ACCEPTANCE OF ELECTRONIC SERVICE SHALL NOT CONSTITUTE A WAIVER OF ANY DEFENSE BY JUUL LABS, INC.

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**From:**       Multi District Litigation
**To:**         Alexandra Calton
**Subject:**    Email Received
**Date:**       Tuesday, December 13, 2022 1:26:26 PM

Your email has been received. Thank you.

| | |
|---|---|
| **From:** | MDL2913_Service_Eliquitech |
| **To:** | Alexandra Calton |
| **Subject:** | RE: 3:22-cv-03792 Eliquitech, Inc. |
| **Date:** | Tuesday, December 13, 2022 1:27:45 PM |
| **Attachments:** | image001.png |
| **Importance:** | Low |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_Eliquitech@tydings.com has been received.  To the extent that the filing party has complied with the requirements set forth in Case Management Order Number 3 -- Direct Filing Order (Dkt. 309, Dec. 13, 2019; as amended on _____) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on the resident agent of Tobacco Technology, Inc. in Baltimore, Maryland.

This acceptance of electronic service shall not constitute a waiver of any defense by Tobacco Technology, Inc.

**From:** Alexandra Calton <acalton@degarislaw.com>
**Sent:** Tuesday, December 13, 2022 7:25:47 PM
**To:** MDL2913_Service_Eliquitech <MDL2913_Service_Eliquitech@tydings.com>
**Subject:** 3:22-cv-03792 Eliquitech, Inc.

Pursuant to Second Amended Case Management Order 3, attached please find Plaintiff's Short Form Complaint, Summons, and Civil Cover Sheet. Please also find attached a copy of Second Amended Case Management Order 3, Case Management Order 7, and Case Management Order 7(B).



**Alexandra J. Calton**
Attorney

**Phone:** 205-575-8000
**Fax:** 205-278-1454

2 North 20th Street
Suite 1030
Birmingham, AL 35203

acalton@degarislaw.com
www.degarislaw.com

The contents of this e-mail message and any attachments are confidential. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and immediately delete this message and its attachments, if any.



MDL2913_Service_Eliquitech

mdl2913_service_eliquitech@tydings.com
Office:

One East Pratt Street
Suite 901
Baltimore, MD 21202
Main: 410.752.9700
Fax: 410.727.5460

This message contains information that may be privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please notify the sender by replying to this message, and then delete it from your system. Thank you very much.

**From:**      EbyBrown
**To:**        Alexandra Calton
**Subject:**   RE: 3:22-cv-08213 Eby-Brown Company, LLC
**Date:**      Tuesday, December 13, 2022 1:27:17 PM

Thank you. Your email has been received.

| | |
|---|---|
| **From:** | Dresel, Tricia |
| **To:** | Alexandra Calton |
| **Subject:** | RE: 3:22-cv-08213 Core-Mark Holding Company, Inc. |
| **Date:** | Tuesday, December 13, 2022 1:42:51 PM |
| **Attachments:** | image002.png |

Receipt Confirmed

**From:** Alexandra Calton <acalton@degarislaw.com>
**Sent:** Tuesday, December 13, 2022 11:27 AM
**To:** CoreMarkJUULService <CoreMarkJUULService@weil.com>
**Subject:** 3:22-cv-08213 Core-Mark Holding Company, Inc.

Pursuant to Second Amended Case Management Order 3, attached please find Plaintiff's Short Form Complaint, Summons, and Civil Cover Sheet. Please also find attached a copy of Second Amended Case Management Order 3, Case Management Order 7, and Case Management Order 7(B).



**Alexandra J. Calton**
Attorney

**Phone:** 205-575-8000
**Fax:** 205-278-1454

2 North 20th Street
Suite 1030
Birmingham, AL 35203

acalton@degarislaw.com
www.degarislaw.com

The contents of this e-mail message and any attachments are confidential. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and immediately delete this message and its attachments, if any.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**From:**        Circle K
**To:**          Alexandra Calton
**Subject:**     RE: 3:22-cv-08213 Circle K Stores, Inc.
**Date:**        Tuesday, December 13, 2022 1:29:14 PM

Thank you. Your email has been received.

| | |
|---|---|
| **From:** | MDL2913 Service Chevron |
| **To:** | Alexandra Calton |
| **Subject:** | Automatic reply: 3:22-cv-08213 Chevron Corporation |
| **Date:** | Tuesday, December 13, 2022 3:23:21 PM |

Per Amended Case Management Order No. 3.This automated response confirms receipt of the e-mail and shall constitute proof of service upon each Defendant who has agreed to service per this Order.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

**From:**       MDL2913_Service_Altria Group Inc
**To:**         Alexandra Calton
**Subject:**    Message received
**Date:**       Tuesday, December 13, 2022 1:27:15 PM

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_AltriaGroupInc@arnoldporter.com has been received.  To the extent that the filing party has complied with the requirements set forth in Amended Case Management Order Number 3 -- Direct Filing Order (Dkt. 651, June 8, 2020) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on Altria Group, Inc.

This acceptance of electronic service shall not constitute a waiver of any defense by Altria Group, Inc.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

| **From:** | MDL2913_Service_Altria Enterprises |
| **To:** | Alexandra Calton |
| **Subject:** | Message received |
| **Date:** | Tuesday, December 13, 2022 1:28:51 PM |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_AltriaEnterprises@arnoldporter.com has been received.  To the extent that the filing party has complied with the requirements set forth in Amended Case Management Order Number 3 -- Direct Filing Order (Dkt. 651, June 8, 2020) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on Altria Enterprises LLC.

This acceptance of electronic service shall not constitute a waiver of any defense by Altria Enterprises LLC.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

| | |
|---|---|
| **From:** | MDL2913_Service_Altria Distribution Group |
| **To:** | Alexandra Calton |
| **Subject:** | Message received |
| **Date:** | Tuesday, December 13, 2022 1:28:46 PM |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_AltriaDistributionGroup@arnoldporter.com has been received.  To the extent that the filing party has complied with the requirements set forth in Amended Case Management Order Number 3 -- Direct Filing Order (Dkt. 651, June 8, 2020) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on Altria Group Distribution Company.

This acceptance of electronic service shall not constitute a waiver of any defense by Altria Group Distribution Company.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

| | |
|---|---|
| **From:** | MDL2913_Service_Altria Client Services |
| **To:** | Alexandra Calton |
| **Subject:** | Message received |
| **Date:** | Tuesday, December 13, 2022 1:28:41 PM |

THIS IS AN AUTOMATED REPLY; PLEASE DO NOT REPLY TO THIS MESSAGE

Your email to MDL2913_Service_AltriaClientServices@arnoldporter.com has been received.  To the extent that the filing party has complied with the requirements set forth in Amended Case Management Order Number 3 -- Direct Filing Order (Dkt. 651, June 8, 2020) in 19-md-02913, In re JUUL Labs., Inc., this reply constitutes proof of service on Altria Client Services LLC.

This acceptance of electronic service shall not constitute a waiver of any defense by Altria Client Services LLC.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

| | |
|---|---|
| **From:** | MDL2913_Service_AlternativeIngredientsInc@tysonmendes.com |
| **To:** | Alexandra Calton |
| **Subject:** | RE: 3:22-cv-08213 Alternative Ingredients, Inc. |
| **Date:** | Tuesday, December 13, 2022 6:08:23 PM |
| **Attachments:** | image001.png |

### ***THIS IS AN AUTOMATED RESPONSE — DO NOT RESPOND TO THIS EMAIL ADDRESS***

Please allow this message to acknowledge receipt of an email attempting service of process on Alternative Ingredients, Inc., in *In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the Northern District of California Case No. 3:19-md-02913-WHO, pursuant to Case Management Order No. 3 (Dkt. 309) entered therein. Should the received email have had a Complaint, Summons, and Civil Cover Sheet attached thereto, this message shall constitute proof of service of process on Alternative Ingredients, Inc. in accordance with Case Management Order No. 3 (Dkt. 309). Per the terms of Case Management Order No. 3 (Dkt. 309), this acceptance of service of process does not constitute a waiver of any defense in this matter, and all rights with respect thereto are expressly reserved.

Future communications relative to this defendant may be directed to:
Mitchell B. Malachowski, mmalachowski@tysonmendes.com
TYSON & MENDES, LLP
523 4th Street, Suite 100
San Rafael, CA 94901
Phone: (628) 253-5070
Fax: (415) 785-3165

---

**From:** Alexandra Calton <acalton@degarislaw.com>
**Sent:** Tuesday, December 13, 2022 11:26 AM
**To:** MDL2913_Service_AlternativeIngredientsInc@tysonmendes.com <AIngredients@TysonMendes.com>
**Subject:** 3:22-cv-08213 Alternative Ingredients, Inc.

Pursuant to Second Amended Case Management Order 3, attached please find Plaintiff's Short Form Complaint, Summons, and Civil Cover Sheet. Please also find attached a copy of Second Amended Case Management Order 3, Case Management Order 7, and Case Management Order 7(B).



**Alexandra J. Calton**
Attorney

**Phone:** 205-575-8000
**Fax:** 205-278-1454

2 North 20th Street
Suite 1030
Birmingham, AL 35203

acalton@degarislaw.com
www.degarislaw.com

The contents of this e-mail message and any attachments are confidential. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail and immediately delete this message and its attachments, if any.

| | |
|---|---|
| **From:** | MDL2913 Bowen |
| **To:** | Alexandra Calton |
| **Subject:** | Message Received |
| **Date:** | Tuesday, December 13, 2022 1:27:06 PM |

This confirms receipt of your message pursuant to Amended CMO NO. 3 – DIRECT FILING ORDER (Paragraph G).

**From:** 7Eleven
**To:** Alexandra Calton
**Subject:** RE: 3:22-cv-08213 7-Eleven, Inc.
**Date:** Tuesday, December 13, 2022 3:22:38 PM

Thank you. Your email has been received.